ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:26-po-00048-SAB |
|---|---|
| Plaintiff, | [AS TO Citation #E1463127 CA/74 ONLY] |
| v. | |
| CLINTON R. MITCHELL, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00048-SAB [as to Citation #E1463127 CA/74 ONLY] against CLINTON R. MITCHELL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 8, 2026                    Respectfully submitted,

                                        ERIC GRANT
                                        United States Attorney

                                By:     /s/ *Joshua B. Banister*
                                        JOSHUA B. BANISTER
                                        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00048-SAB [as to Citation #E1463127 CA/74 ONLY] against CLINTON R. MITCHELL is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Mitchell
Case No. 1:26-po-00048-SAB
[Citation #E1463127 CA/74 ONLY]